

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-157-BLG-SPW-02 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| KIMBERLY ANN ORT, | |
| Defendant. | |

Upon the United States' Motion to Dismiss Indictment (Doc. 55), and for good cause shown,

IT IS HEREBY ORDERED that the Indictment against Kimberly Ann Ort is **DISMISSED with prejudice.**

IT IS FURTHER ORDERED that the warrant for arrest is **QUASHED**.

DATED this 9th day of July 2019.

SUSAN P. WATTERS
United States District Judge

1